Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00141-CR

Willie **CLARK**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR7483
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed: March 10, 2010

DISMISSED

Willie Clark, Jr. filed a notice of appeal seeking to appeal from a sentence imposed on July 2, 2009. The judgment was in accordance with Clark's plea bargain agreement, and the record does not contain a trial court's certification showing Clark has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH